to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry S. Fraser* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Edward First,* and *Miss Helen R. Carloss* for respondent.

No. 152. BUCKEYE UNION CASUALTY CO. *v.* RANALLO ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Wm. M. Byrnes* for petitioner. *Mr. C. M. Horn* for respondents.

No. 153. FARRELL *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Charles D. Hamel* and *John Enrietto* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Mrs. Maryhelen Wigle* for respondent.

No. 156. BURNS *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Alex. Simpson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 160. REID, CIRCUIT JUDGE, *v.* SECOND NATIONAL BANK & TRUST CO. ET AL. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Messrs. Nelson Hartson* and *William Alfred Luck-*

*ing* for petitioner.  *Mr. Thomas G. Long* for respondents.

No. 162.  KLINGER *v.* UNITED STATES.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Louis Halle* for petitioner.  *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert L. Wright* and *Kenneth L. Kimble* for the United States.

No. 163.  WESTERN CARTRIDGE CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Messrs. Thomas S. Mc-Pheeters* and *Henry Davis* for petitioners.  *Solicitor General Fahy, Mr. Robert B. Watts,* and *Miss Ruth Weyand* for respondents.

No. 164.  HOLLAND FURNACE CO. *v.* DEPARTMENT OF TREASURY ET AL.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Messrs. Earl B. Barnes, Alan W. Boyd, Charles M. Wells,* and *Benj. F. J. Odell* for petitioner.  *Messrs. James A. Emmert,* Attorney General of Indiana, *Joseph W. Hutchinson, David I. Day, Jr., Byron B. Emswiller,* and *Winslow Van Horne,* Deputy Attorneys General, for respondents.

No. 165.  INTERSTATE ROOFING & SUPPLY CO. *v.* DEPARTMENT OF TREASURY ET AL.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Messrs. Earl B. Barnes,*